IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Third-Party Plaintiff,<br><br>vs.<br><br>JOSEPH K. DAILEY,<br><br>　　　　　Third-Party Defendant. | 4:18-CV-3030<br><br>**JUDGMENT** |

　　　　This matter is before the Court on the Stipulation for Entry of Judgment Against Joseph Kyle Dailey, Filing 58, from third-party plaintiff United States and third-party defendant Joseph K. Dailey. All other parties have already been terminated in this case, which involves tax liability. *See* Filing 47.

　　　　The remaining parties agree the Court should enter judgment against Dailey "in the amounts of $54,549.94 for the trust fund recovery penalty for the period ending June 30, 2014 and $132,946.84 for the trust fund recovery penalty for the period ending September 30, 2014, plus statutory interest and additions accruing after June 15, 2021." Filing 58. Accordingly,

　　　　IT IS ORDERED:

　　　　1. Joseph K. Dailey is liable to the United States in the amount of $54,549.94 for the trust fund recovery penalty for the period ending June 30, 2014;

　　　　2. Joseph K. Dailey is liable to the United States in the amount of $132,946.84 for the trust fund recovery penalty for the period ending September 30, 2014;

　　　　3. Joseph K. Dailey will be liable to the United States for any statutory interest and additions accruing after June 15, 2021;

　　　　4. Each party will bear its own fees and costs; and

5. This case is terminated.

Dated this 8th day of June, 2021.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge